ACCEPTED
15-25-00008-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/10/2025 3:27 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/10/2025 3:27:36 PM
CHRISTOPHER A. PRINE
Clerk

## CASE NO. 15-25-00008-CV

## In the Court of Appeals
## for the Fifteenth Judicial District of Texas

Linda D. Tanner

*Appellant*,

vs.

Texas Health and Human Services Commission,

Juan Rodriguez, Wendy Proctor, and Julia Murray

*Appellees*,

On Appeal from the 459th Judicial District Court

Travis County, Texas

Cause No. D-1-GN-24-002987

Honorable Judge Laurie Eiserloh

## Motion for Extension of Time to File Appellant Brief

Linda D. Tanner
Pro Se
Lulu143134143@gmail.com
2121 Handley Drive
Apt 51
Fort Worth, TX 76112
817-204-8004

**TO THE HONORABLE JUDGES OF THE COURT:**

Appellant, Linda D. Tanner, Pro Se, in the above styled and numbered cause, and, pursuant to the Texas Rules of Appellate Procedure 10.5 (b) submits this motion requesting that the Appellant be granted an additional three (5) day extension of time, to and including April 15, 2025, in which to file the Appellant brief in this cause.

Appellant's brief was ordered filed under the date of April 4, 2025, which is exactly 30 days from the date of the submission of the reporter's record submitted to the court on March 4, 2025. Upon pre-submission screening on April 4, 2025, it was determined that the brief did not conform in several respects with the Texas Rules of Appellate Procedure and a correction was requested. Appellant's brief is currently due April 10, 2025. The Appellant previously requested one extension of time to file. The Appellees' counsel has been notified of the request for an extension of time to file the Appellant brief via email on April 6, 2025.

The Appellant has had technical difficulties updating her brief in compliance with the Texas Rules of Appellate Procedure and just needs a little more time to get these corrections updated.

For these reasons, Appellant, Linda D. Tanner, respectfully requests that this motion be granted and that she be allowed until and including April 15, 2025, in which to file the Appellant brief.

Dated: April 10, 2025          Respectfully Submitted,

_____

Linda D. Tanner / Pro Se

# CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties—which are listed below—about the merits of this motion with the following results:

Griselle Ortiz Astacio
Texas State Bar No. 24103222
Lauren McGhee
Texas State Bar No. 24128835
Assistant Attorney General
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
Telephone: (512) 475-4200
Griselle.OrtizAstacio@oag.texas.gov
Lauren.McGhee@oag.texas.gov

The Defendants' counsel has not yet replied to my message regarding the motion.

Date: April 10, 2025

/s/_____
Linda D. Tanner / Pro Se

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 99529353
Filing Code Description: Motion
Filing Description: MOTION FOR EXTENSION OF TIME TO FILE APPELLANT BRIEF
Status as of 4/10/2025 3:37 PM CST

Associated Case Party: LindaDTanner

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| LINDA DTANNER | | lulu143134143@gmail.com | 4/10/2025 3:27:36 PM | SENT |

Associated Case Party: JUAN RODRIGUEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| LAUREN MCGEE | | Lauren.Mcgee@oag.texas.gov | 4/10/2025 3:27:36 PM | SENT |
| GRISELLE ORTIZASTACIO | | Griselle.OrtizAstacio@oag.texas.gov | 4/10/2025 3:27:36 PM | SENT |

Associated Case Party: WENDY PROCTOR

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| LAUREN MCGEE | | Lauren.Mcgee@oag.texas.gov | 4/10/2025 3:27:36 PM | SENT |
| GRISELLE ORTIZASTACIO | | Griselle.OrtizAstacio@oag.texas.gov | 4/10/2025 3:27:36 PM | SENT |

Associated Case Party: JULIA MURRAY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| LAUREN MCGEE | | Lauren.Mcgee@oag.texas.gov | 4/10/2025 3:27:36 PM | SENT |
| GRISELLE ORTIZASTACIO | | Griselle.OrtizAstacio@oag.texas.gov | 4/10/2025 3:27:36 PM | SENT |

Associated Case Party: TEXAS HEALTH AND HUMAN SERVICES COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 99529353
Filing Code Description: Motion
Filing Description: MOTION FOR EXTENSION OF TIME TO FILE APPELLANT BRIEF
Status as of 4/10/2025 3:37 PM CST

Associated Case Party: TEXAS HEALTH AND HUMAN SERVICES COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| GRISELLE ORTIZASTACIO | | Griselle.OrtizAstacio@oag.texas.gov | 4/10/2025 3:27:36 PM | SENT |
| ATTN: LEGAL DEPARTMENT | | legaldepartment@hhsc.gov | 4/10/2025 3:27:36 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| SUSAN MILSAPPS | | susan.millsapps@oag.texas.gov | 4/10/2025 3:27:36 PM | SENT |